Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

WILLIAM J. CARROLL, Respondent, v. NEW YORK RACING ASSOCIATION et al., Appellants, and LUMBERMENS MUTUAL CASUALTY COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of CLARITA NABOZNY, Respondent, v. WILLIAM J. RAULEN, Appellant.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

In the Matter of the Claim of WALTER DMYTHRESHIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.—

Bergan, P. J., Herlihy, Reynolds and Taylor, JJ., concur.